UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

ELLEY A. LOPREATO, APRN, RN. :
:
and :
:
SUSAN M. TAYLOR, RN :
:
       Plaintiffs, :
: Case No. 12-CV-00217
: Judge David L. Bunning
v. :
:
SELECT SPECIALTY HOSPITAL-NORTHERN :
KENTUCKY, LLC :
d/b/a Select Specialty Hospital, :
:
and :
:
SELECT MEDICAL CORPORATION :
:
       Defendants :

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Elley A. Lopreato, APRN, RN and Susan M. Taylor, RN, and each of them, do hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final and appealable <u>Judgment</u> (Docket Entry 57) entered in accord with the concurrently filed <u>Memorandum Opinion and Order</u> (Docket Entry 56) both of which were entered in this action on the 3rd day of December, 2014.

    The Appellants are:
    Elley A. Lopreato, APRN, RN, and
    Susan M. Taylor, RN

1

The Appellees are:
Select Specialty Hospital-Northern Kentucky, LLC
d/b/a Select Specialty Hospital, and
Select Medical Corporation

                                                Respectfully Submitted,

                                                /s/ J. Fox DeMoisey
                                                J. FOX DeMOISEY
                                                DeMoisey Law Office, PLLC
                                                905 Baxter Avenue
                                                Louisville, Kentucky 40204
                                                Ph:  502-585-5500
                                                Fax:  502-585-5500
                                                E-mail:  Fox@DeMoiseyLaw.com

                                                *Counsel for the Plaintiffs/Appellants*
                                                *Elley A. Lopreato and Susan M. Taylor*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that a copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system on the 31st day of December, 2014.  Notice of this filing will be sent to all registered counsel of record to include Jamie Marie Goetz-Anderson, Katharine C. Weber, and Patricia Anderson Pryor, counsels for the Defendants/Appellees, by automatic notice through the Court's electronic filing system

                                                /s/ Fox DeMoisey
                                                *Counsel for the Plaintiffs Elley A.*
                                                *Lopreato and Susan M. Taylor*